James C. Shah (SBN 260435)
*jcshah@millershah.com*
Natalie Finkelman Bennett (*admitted pro hac vice*)
*nfinkelman@millershah.com*
**MILLER SHAH LLP**
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880
Facsimile: (866) 300-7367

Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Christopher Stiner (SBN 276033)
*cstiner@ahdootwolfson.com*
*rjohnson@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Interim Co-Lead Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINNIE CLARK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN HONDA MOTOR CO., INC., et al., <br><br> Defendants. | Case No. 2:20-cv-03147-AB-MRW <br><br> **STIPULATION OF VOLUNTARY DISMISSAL** <br><br> Hon. Andre Birotte Jr., presiding |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Winnie B. Clark, Leah Morse, Zehra Schneider Graham, Adam Caton, Tasha Williams, Evan Wahl, and Imadedin Amro and Defendant American Honda Motor Co., Inc. and Honda Motor Company LTD., a Japanese Corporation hereby stipulate to the dismissal of their individual claims in this

STIPULATION OF VOLUNTARY DISMISSAL

1  action, in their entirety and with prejudice, with each party to bear its own fees,

2  costs, and expenses. This stipulation does not affect the claims of the remaining

3  Plaintiffs in the First Amended Class Action Complaint (ECF No. 108), filed

4  April 22, 2021, or the corresponding allegations on behalf of the putative class.

DATED: January 31, 2025

/s/ *James C. Shah*
James C. Shah (SBN 260435)
*jcshah@millershah.com*
Natalie Finkelman
*nfinkelman@millershah.com*
**MILLER SHAH LLP**
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Christopher Stiner (SBN 276033)
*cstiner@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

Andrew W. Ferich (*pro hac vice*)
*aferich@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Interim Co-Lead Counsel for Plaintiffs*

| | | |
|---|---|---|
| 1 | DATED: January 31, 2025 | /s/ *Amir Nassihi* |
| 2 | | Amir Nassihi (SBN 235936) |
| | | *anassihi@shb.com* |
| 3 | | **SHOOK, HARDY & BACON L.L.P.** |
| 4 | | One Montgomery, Suite 2600 |
| | | San Francisco, CA 94104 |
| 5 | | Telephone: (415) 544-1900 |
| 6 | | Facsimile: (415) 391-0281 |
| 7 | | Michael L. Mallow (SBN 188745) |
| 8 | | *mmallow@shb.com* |
| | | Darlene M. Cho (SBN 251167) |
| 9 | | *dcho@shb.com* |
| 10 | | **SHOOK, HARDY & BACON L.L.P.** |
| | | 2049 Century Park East, Suite 3000 |
| 11 | | Los Angeles, CA 90067 |
| 12 | | Telephone: (424) 285-8330 |
| | | Facsimile: (424) 204-9093 |
| 13 | | |
| 14 | | *Attorneys for Defendant American Honda Motor Co., Inc.* |

STIPULATION OF VOLUNTARY DISMISSAL                                            3

**ATTESTATION OF CONCURRENCE IN FILING**

     In accord with the Central District of California Local Rule 5-4.3.4(i), I, James C. Shah, attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page(s). Executed on this 31st day of January, 2025, in Orange County, California.

                                            */s/ James C. Shah*
                                            James C. Shah