James C. Shah (SBN 260435)
jcshah@millershah.com
**MILLER SHAH LLP**
8730 Wilshire Blvd., Suite 400
Beverly Hills, CA 90211
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Christopher Stiner (SBN 276033)
cstiner@ahdootwolfson.com
rjohnson@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Interim Co-Lead Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINNIE CLARK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC., et al.,<br><br>Defendants. | Case No. 2:20-cv-03147-AB-MRW<br><br>**STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Hon. Andre Birotte Jr., presiding |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Elizabeth Spokas and Isidore Spokas and Defendant American Honda Motor Co., Inc. and Honda Motor Company LTD., a Japanese Corporation hereby stipulate to the dismissal of their individual claims in this action, in their entirety and without prejudice, with each party to bear its own fees, costs, and expenses. This stipulation does not affect the claims of the remaining Plaintiffs in the First Amended Class Action Complaint (ECF No. 108), filed April 22, 2021, or the corresponding allegations on behalf of the putative class.

STIPULATION OF VOLUNTARY DISMISSAL

DATED: August 20, 2025        By:   /s/ Kolin C. Tang
James C. Shah (SBN 260435)
jcshah@millershah.com
Kolin C. Tang (SBN 279834)
kctang@millershah.com
8730 Wilshire Blvd., Suite 400
Beverly Hills, CA 90211
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

Natalie Finkelman Bennett
(*admitted pro hac vice*)
nfinkelman@millershah.com
**MILLER SHAH LLP**
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367

Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Christopher Stiner (SBN 276033)
*cstiner@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

Andrew W. Ferich (*pro hac vice*)
*aferich@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Interim Co-Lead Counsel for Plaintiffs*

| | | | |
|---|---|---|---|
| 1 | DATED: August 20, 2025 | By: | /s/ *Stephanie S. McGraw* |

Stephanie S. McGraw (admitted *PHV*)
*smcgraw@shb.com*
**Shook Hardy and Bacon LLP**
600 Travis, Suite 3400
Houston, TX 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508

Amir Nassihi (SBN 235936)
*anassihi@shb.com*
**SHOOK, HARDY & BACON L.L.P.**
One Montgomery, Suite 2600
San Francisco, CA 94104
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

Michael L. Mallow (SBN 188745)
*mmallow@shb.com*
Darlene M. Cho (SBN 251167)
*dcho@shb.com*
**SHOOK, HARDY & BACON L.L.P.**
2049 Century Park East, Suite 3000
Los Angeles, CA 90067
Telephone: (424) 285-8330
Facsimile: (424) 204-9093

*Attorneys for Defendant American Honda Motor Co., Inc.*

STIPULATION OF VOLUNTARY DISMISSAL                        3

**ATTESTATION OF CONCURRENCE IN FILING**

In accord with the Central District of California Local Rule 5-4.3.4(i), I, James C. Shah, attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page(s). Executed on this 20 day of August, 2025, in Los Angeles, California.

*/s/ Kolin C. Tang*
Kolin C. Tang